IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

THOMAS WATTS,

    Plaintiff,

v.

VILLAGE OF FREEBURG, ILLINOIS,
a Municipal Corporation,

    Defendant.                    Case No. 08-cv-862-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on December 29, 2010, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                              NANCY J. ROSENSTENGEL,
                              CLERK OF COURT


                              BY:      /s/*Sandy Pannier*
                                                Deputy Clerk

Dated: March 9, 2010


APPROVED: /s/ *David R Herndon*
              CHIEF JUDGE
              U. S. DISTRICT COURT